■ In the Matter of JAMES PERRY, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Appeal unanimously dismissed upon the ground that the issue presented is academic in view of petitioner's parole to a North Carolina warrant on January 30, 1975. (See *Foote v Flood,* 44 AD2d 566, app dsmd as academic 34 NY2d 803.) (Appeal from judgment of Wyoming Supreme Court—article 78.) Present— Moule, J. P., Cardamone, Simons, Dillon and Witmer, JJ.

■ WEBACO OIL CO., INC., Respondent, v DENNIS GRAHAM, Appellant.— Order and judgment unanimously affirmed, with costs. Memorandum: Plaintiff properly acquired jurisdiction over defendant (see *State of New York v Davies,* 24 AD2d 240, affd 18 NY2d 950). Defendant asserts the affirmative defense of the Statute of Limitations and plaintiff alleges that the statute was tolled because of defendant's continued absence from the State as a resident of the State of Maryland (CPLR 207). Defendant submitted only an attorney's affidavit in response, which does not contradict the plaintiff's assertion and, further it is made by someone without personal knowledge of the facts (see *Di Sabato v Soffes,* 9 AD2d 297). (Appeal from order and judgment of Monroe Supreme Court—summary judgment.) Present—Moule, J. P., Cardamone, Simons, Dillon and Witmer, JJ.

■ In the Matter of ROBERT FAULK, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Appeal unanimously dismissed as moot. (See *Matter of Perry v Smith,* 52 AD2d 1094.) (Appeal from judgment of Wyoming Supreme Court article 78 proceeding.) Present—Marsh, P. J., Moule, Simons, Goldman and Witmer, JJ.